**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| James Patti, | Case No. 25-10230 |
| Debtor. | Judge Jessica Price Smith |

**NOTICE
REGARDING MOTION FOR RELIEF FROM STAY**

**FILED 2/12/25**

      LINDSEY PATTI as filed with the Court a Motion for Relief From Stay (the "Motion").

      **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

      If you do not want the Court to eliminate or change your claim, or if you want the Court to consider your views on the Motion at a hearing, then on or before February 27, 2025, you or your attorney must:

      File with the Court an objection/response at:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114-1235

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

      Mail a copy of your response to:
Michael J. O'Shea, Esq. (0039330), 700 West St. Clair Avenue #110, Cleveland, Ohio 44113 (michael@moshea.com) (fax: 440-331-5401)

1

| | |
|---|---|
| Dated: _2/13/25_____ | */s/ Michael J. O'Shea, Esq.* |
| | Signature of Attorney for Movant/Applicant |
| | Michael J. O'Shea, Esq. (0039330) |
| | Printed Name of Attorney for Movant/Applicant (Bar Number) |
| | 700 West St. Clair Avenue #110, Cleveland OH 44113 |
| | Address |
| | Telephone Number (216) 241-0011 |

2

25-10230-jps    Doc 15    FILED 02/13/25    ENTERED 02/13/25 15:40:40    Page 2 of 3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 13, 2025, a true and correct copy of this **Notice** was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List and regular U.S. mail:

Jesse Mark Knevel
5363 Ridge Road
Parma, OH 44129
Fax : (440) 848-8446
Email: jesse@knevellpa.com

Trustee Robert D. Barr
Robert D. Barr, Chapter 7 Trustee
1111 Superior Avenue East, Suite 1360
Cleveland, OH 44114
ustpregion09.cl.ecf@usdoj.gov

Cynthia J. Thayer, US Department of Justice
201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234
bncnotices@becket-lee.com

| Recip ID | Recipient Name and Address |
|---|---|
|  | James Tewalt Patti, 12000 Edgewater Drive, Apt. 104, Lakewood, OH 44107-1745 |
| 28056748 | Amex, c/i Transworld System Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 28056757 | CSEA - Cuyahoga County, c/o CSEA - Cuyahoga County, 1640 Superior Ave, Cleveland, OH 44114-2908 |
| 28056760 | Expansion Capital Group, c/o The Aubrey Thrasher Law Firm, 3050 Peachtree Road NW, Suite 240, Atlanta, GA 30305-2386 |
| 28056769 | Lamar Company, 12222 Plaza Dr., Cleveland, OH 44130-1058 |
| 28056770 | Lidsey Patti, 14551 Athens Avenue, Lakewood, OH 44107-5954 |
| 28056774 | Ohio Educational Credit Union, PO Box 37603, Philadelphia, PA 19101-0603 |
| 28056775 | REGIONAL INCOME TAX AGENCY, PO BOX 470537, ATTENTION LEGAL DEPARTMENT, BROADVIEW HEIGHTS OH |
| 44147-0537 | Regional Income Tax Agency, P.O. Box 94652, Cleveland, OH 44101-4652 |
| 28056776 | Small Business Administration, 1350 Euclid Avenue, Suite 211, Cleveland, OH 44115-1815 |
| 28056741 | Stellantis Financial Services, PO Box 205749, Dallas, TX 75320-5749 |
| 28056788 | US Small Business Administration, 400 Rella Blvd., Suite 206, Suffern, NY 10901-4249 |
| 28056784 | Upstart, c/o FMAA Alliance , Ltd., 12339 Cutten Road, Houston, TX 77066-1807 |
| 28056785 | Upstart, c/o USA, Inc., PO Box 1201, Farmington, MO 63640-4128 |
| 28056789 | Viemed, 625 E. Kaliste Saloon Rd., Lafayette, LA 70508-2540 |

TOTAL: 14

**/s/ Michael J. O'Shea**
Michael J. O'Shea (0039330)